# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:23-CV-143-RJC-DCK

| | |
|---|---|
| **ANTONIO WALKER,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **SEA BAR, LLC,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Resolution" (Document No. 11) notifying the Court that the parties reached a settlement on June 2, 2023. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **July 3, 2023**.

**SO ORDERED**.

Signed: June 2, 2023

David C. Keesler
United States Magistrate Judge